United States District Court
Northern District of California

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHNSON,

    Plaintiff,

v.

KENNY AND WENDY FONG, as Trustees, et al.,

    Defendants.

Case No. 13-3724 JSC

**ORDER TO SHOW CAUSE TO PLAINTIFF**

Plaintiff David Johnson filed this Americans with Disabilities access case on August 12, 2013. According to the Scheduling Order issued upon filing, Plaintiff was required to "complete service on defendants or file motion for administrative relief from deadline." (Dkt. No. 3.) As of the date of this Order, Plaintiff has done neither.

Accordingly, Plaintiff is ordered to show cause in writing why this action should not be dismissed without prejudice for a failure to complete service on defendants. Plaintiff's written response shall be filed on or before December 6, 2013. Plaintiff is warned that a failure to respond to this Order will result in dismissal for failure to effectuate service.

**IT IS SO ORDERED.**

Dated: November 22, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE