IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON,<br><br>              Plaintiff,<br><br>    v.<br><br>KENNY AND WENDY FONG, as Trustees, et al.,<br><br>              Defendants. | Case No. 13-3724 JSC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Having received Plaintiff's response to the Order to Show Cause ("OSC"), the Court hereby discharges the OSC.

**IT IS SO ORDERED.**

Dated: December 11, 2013

                                                JACQUELINE SCOTT CORLEY
                                                UNITED STATES MAGISTRATE JUDGE