United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNY AND WENDY FONG, as Trustees, et al.,<br><br>　　　　　Defendants. | Case No. 13-3724 JSC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Having received Plaintiff's response to the Order to Show Cause ("OSC"), the Court hereby discharges the OSC.

**IT IS SO ORDERED.**

Dated: December 11, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE